UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARYL JOHN CHRISTIAN,

   Plaintiff,

   v.

UNITED STATES OF AMERICA,

   Defendant.

CASE NO. C05-965 JCC-MJB

MINUTE ORDER

   The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

   This matter comes before the Court on Plaintiff's Motion for Extension of Time to File Objections to Report and Recommendations (Dkt. No. 21) pending resolution of his criminal revocation hearing, which is scheduled for January 6, 2006 in case number CR01-337. Plaintiff's Objections were due December 19, 2005, and he has requested a 60- or 90-day extension.

//

//

//

//

MINUTE ORDER – 1

1  The Court hereby GRANTS the motion by extending the due date eight weeks. Plaintiff's
2  Objections must be filed by Monday, February 13, 2006. This Court's consideration of United States
3  Magistrate Judge Monica J. Benton's Report and Recommendation (Dkt. No. 20) is accordingly
4  extended and the Report and Recommendation is hereby RENOTED to February 17, 2006.

DATED this 28th day of December, 2005.

                                        BRUCE RIFKIN, Clerk of Court

                                        By  */s/ C. Ledesma*
                                              Deputy Clerk

26  MINUTE ORDER – 2